IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL A. LAMIA**, | : | CIVIL DIVISION |
| Plaintiff, | : | No.: GD-22-7991 |
| v. | : | **PRAECIPE FOR APPEARANCE** |
| **THE BOROUGH OF PLUM** t/d/b/a BOROUGH OF PLUM, PLUM BORO, PLUM BOROUGH; **ZONING HEARING BOARD OF PLUM BORO**; **KEVIN FIELDS**, ZONING OFFICER AND/OR DESIGNATED REPRESENTATIVE of PLUM BOROUGH; **HEATHER ORAVITZ**, BUILDING CODE OFFICIAL OF PLUM BORO; and **DAVID A. SOBOSLAY**, ASSISANT MANAGER OF PLUM BORO, in their Individual and/or Official Capacities, | : | Filed on Behalf of:  All Defendants |
| | : | Counsel of Record for this Party: |
| | : | Jordan P. Shuber |
| | : | PA. ID. No. 317823 |
| | : | jshuber@dmkcg.com |
| Defendants. | : | **DILLON, McCANDLESS, KING, COULTER & GRAHAM, L.L.P.** |
| | : | 128 West Cunningham Street |
| | : | Butler, PA 16001 |
| | : | Telephone: (724) 283-2200 |
| | : | Facsimile: (724) 283-2298 |

EXHIBIT 3

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| **MICHAEL A. LAMIA**, | : CIVIL DIVISION |
| Plaintiff, | : No.: GD-22-7991 |
| v. | : |
| **THE BOROUGH OF PLUM** t/d/b/a BOROUGH OF PLUM, PLUM BORO, PLUM BOROUGH; **ZONING HEARING BOARD OF PLUM BORO**; **KEVIN FIELDS**, ZONING OFFICER AND/OR DESIGNATED REPRESENTATIVE of PLUM BOROUGH; **HEATHER ORAVITZ**, BUILDING CODE OFFICIAL OF PLUM BORO; and **DAVID A. SOBOSLAY**, ASSISANT MANAGER OF PLUM BORO, in their Individual and/or Official Capacities, | : |
| Defendants. | : |

## PREACIPE FOR APPEARANCE

Please kindly enter the appearance of Jordan P. Shuber, Esquire, and the law offices of Dillon McCandless King Coulter & Graham, L.L.P., on behalf of The Borough of Plum, Zoning Hearing Board of Plum Boro, Kevin Fields, Heather Oravitz and David A. Soboslay, in the above-captioned matter.

Respectfully Submitted,

**DILLON, McCANDLESS, KING, COULTER & GRAHAM, L.L.P.**

Dated: July 14, 2022

By: /s/ Jordan P. Shuber
Jordan P. Shuber
PA. ID. No. 317823
jshuber@dmkcg.com
128 West Cunningham Street
Butler, Pennsylvania 16001
Telephone: (724) 283-2200

**CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

| | |
|---|---|
| Submitted by: | Jordan P. Shuber, Esquire |
| Signature: | /s/ Jordan P. Shuber |
| Name: | Jordan P. Shuber, Esquire |
| Attorney No.: *(if applicable)* | 317823 |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **PREACIPE FOR APPEARANCE** has been served upon all other parties at the addresses below this 14th day of July, 2022 via the following:

*VIA EMAIL*
Louis J. Kroeck, IV, Esquire
LJK Law, PLLC
1200 Sarah Street
Pittsburgh, PA 15203
lou@ljk-law.com


/s/ Jordan P. Shuber
Jordan P. Shuber