IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| **MICHAEL A. LAMIA**,<br><br>Plaintiff,<br><br>v.<br><br>**THE BOROUGH OF PLUM** t/d/b/a BOROUGH OF PLUM, PLUM BORO, PLUM BOROUGH; **ZONING HEARING BOARD OF PLUM BORO**; **KEVIN FIELDS**, ZONING OFFICER AND/OR DESIGNATED REPRESENTATIVE of PLUM BORO; **HEATHER ORAVITZ,** BUILDING CODE OFFICIAL OF PLUM BORO; and **DAVID A. SOBOSLAY**, ASSISTANT MANAGER OF PLUM BORO, in their Individual and/or Official Capacities,<br><br>Defendants. | CIVIL DIVISION<br><br>Case No.: <u>GD-22-007991</u><br><br>Pleading type:<br><br>**AFFIDAVIT OF SERVICE OF COMPLAINT IN EQUITABLE AND MONETARY RELIEF**<br><br>Filed on Behalf of Plaintiff:<br>Michael A. Lamia<br><br>Counsel of Record for Plaintiff:<br>Louis J. Kroeck, IV, Esquire<br>Pa. I.D. # 210045<br><br><br>LJK LAW, PLLC<br>1200 Sarah Street<br>Pittsburgh, PA 15203<br>Phone: 1 (412) 712-7605<br>Email: lou@ljk-law.com<br><br>**JURY TRIAL DEMANDED** |

EXHIBIT 2

### IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| **MICHAEL A. LAMIA**, | CIVIL DIVISION |
| Plaintiff, | |
| v. | |
| **THE BOROUGH OF PLUM** t/d/b/a BOROUGH OF PLUM, PLUM BORO, PLUM BOROUGH; **ZONING HEARING BOARD OF PLUM BORO**; **KEVIN FIELDS**, ZONING OFFICER AND/OR DESIGNATED REPRESENTATIVE of PLUM BORO; **HEATHER ORAVITZ,** BUILDING CODE OFFICIAL OF PLUM BORO; and **DAVID A. SOBOSLAY**, ASSISTANT MANAGER OF PLUM BORO, in their Individual and/or Official Capacities, | |
| Defendants. | Case No.: GD-22-007991 |

****************************************************************************

### AFFIDAVIT OF SERVICE
### OF COMPLAINT IN EQUITABLE AND MONETARY RELIEF

The undersigned does hereby verify that a true and correct copy of the complaint for equitable and monetary relief was served upon the above-captioned Defendants by personal service and hand deliver to the The Borough of Plum Manager, Michael Thomas, this 28th day of June, 2022 at 11:25 a.m. pursuant to the Pennsylvania Rules of Civil Procedure 422 (b)(1)&(2).

    Respectfully submitted,

    **LJK LAW, PLLC:**

    _____
    Louis J. Kroeck, IV, Esquire
    PA I.D. #210045
    Attorney for the Plaintiff, Micheal A. Lamia
    1200 Sarah Street
    Pittsburgh, PA 15203
    Phone: 1 (412) 712-7605
    Email: Lou@ljk-law.com

**CERTIFICATE OF COMPLIANCE**

      I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: Louis J. Kroeck, IV, Esquire

Signature: _/s/_

Name: Louis J. Kroeck, IV, Esquire

Attorney No. (if applicable): 210045

Rev. 7/2018

# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| **MICHAEL A. LAMIA,** | CIVIL DIVISION |
| Plaintiff, | **ELECTRONICALLY FILED** |
| v. | Case No.: GD-22-007991 |
| **THE BOROUGH OF PLUM** t/d/b/a BOROUGH OF PLUM, PLUM BORO, PLUM BOROUGH; **ZONING HEARING BOARD OF PLUM BORO**; **KEVIN FIELDS**, ZONING OFFICER AND/OR DESIGNATED REPRESENTATIVE of PLUM BORO; **HEATHER ORAVITZ**, BUILDING CODE OFFICIAL OF PLUM BORO; and **DAVID A. SOBOSLAY**, ASSISTANT MANAGER OF PLUM BORO, in their Individual and/or Official Capacities, | Pleading type: **ACCEPTANCE OF SERVICE OF COMPLAINT FOR EQUITABLE AND MONETARY RELIEF** Filed on Behalf of Plaintiff: Michael A. Lamia  Counsel of Record for Plaintiff: Louis J. Kroeck, IV, Esquire Pa. I.D. # 210045 |
| Defendants. | |

LJK LAW, PLLC
1200 Sarah Street
Pittsburgh, PA 15203
Phone: 1 (412) 712-7605
Email: lou@ljk-law.com

**JURY TRIAL DEMANDED**

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| **MICHAEL A. LAMIA,** | CIVIL DIVISION |
| Plaintiff, | |
| v. | |
| **THE BOROUGH OF PLUM** t/d/b/a BOROUGH OF PLUM, PLUM BORO, PLUM BOROUGH; **ZONING HEARING BOARD OF PLUM BORO; KEVIN FIELDS**, ZONING OFFICER AND/OR DESIGNATED REPRESENTATIVE of PLUM BORO; **HEATHER ORAVITZ**, BUILDING CODE OFFICIAL OF PLUM BORO; and **DAVID A. SOBOSLAY**, ASSISTANT MANAGER OF PLUM BORO, in their Individual and/or Official Capacities, | |
| Defendants. | Case No.: GD-22-007991 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ACCEPTANCE OF SERVICE

I accept service of the forgoing complaint for equitable and monetary relief against the above-captioned Defendants on the following date listed below pursuant to the Pennsylvania Rules of Civil Procedure 422 (b)(1)&(2).

Dated: June 28, 2022

BY: _____
On Behalf of The Borough of Plum

MICHAEL THOMAS
BORO MGR.