IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| MICHAEL A. LAMIA | : CIVIL DIVISION |
| Plaintiff, | : Case No.: GD-22-007991 |
| v. | : |
| THE BOROUGH OF PLUM t/d/b/a Borough of Plum, Plum Boro, Plum Borough; ZONING HEARING BOARD OF PLUM BORO; KEVIN FIELDS, Zoning Officer and/or designated Representative of Plum Boro; HEATHER ORAVITZ, Building Code Official of Plum Boro; and DAVID A. SOBOSLAY, Assistant Manager of Plum Boro, in their Individual and/or Official Capacities, | : **NOTICE OF FILING OF NOTICE OF REMOVAL**<br><br>Filed on Behalf of Defendants:<br>The Borough of Plum, Zoning Hearing Board of Plum Boro, Kevin Fields, Heather Oravitz, and David A. Soboslay<br><br>Counsel of Record for this Party:<br><br>Jordan P. Shuber<br>PA. I.D. No. 317823<br>jshuber@dmkcg.com |
| Defendants. | **DILLON, MCCANDLESS, KING, COULTER & GRAHAM L.L.P.**<br>128 West Cunningham Street<br>Butler, PA 16001<br>Telephone: 724-283-2200<br>Facsimile: 724-283-2298 |

EXHIBIT 4

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| MICHAEL A. LAMIA | : Case No.: GD-22-007991 |
| Plaintiff, | : |
| v. | : |
| THE BOROUGH OF PLUM t/d/b/a Borough of Plum, Plum Boro, Plum Borough; ZONING HEARING BOARD OF PLUM BORO; KEVIN FIELDS, Zoning Officer and/or designated Representative of Plum Boro; HEATHER ORAVITZ, Building Code Official of Plum Boro; and DAVID A. SOBOSLAY, Assistant Manager of Plum Boro, in their Individual and/or Official Capacities, | : |
| Defendants. | : |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:   THE DEPARTMENT OF COURT RECORDS

PLEASE TAKE NOTICE that on July 18, 2022, the above-captioned matter was removed by Defendants, The Borough of Plum, Zoning Hearing Board of Plum Boro, Kevin Fields, Heather Oravitz, and David A. Soboslay, to the United States District Court for the Western District of Pennsylvania, in which all further proceedings in this matter shall be held.

A copy of the Notice of Removal filed in the United States District Court for the Western District of Pennsylvania (excluding exhibits) is attached hereto as **Exhibit "A."**

Respectfully Submitted,

**DILLON MCCANDLESS KING**
**COULTER & GRAHAM, LLP**

Dated: July 18, 2020      By: /s/ Jordan P. Shuber
                               Jordan P. Shuber
                               PA. I.D. No. 317823

128 West Cunningham St.
Butler, PA 16001
jshuber@dmkcg.com

*Counsel for Defendants, The Borough of Plum, Zoning Hearing Board of Plum Boro, Kevin Fields, Heather Oravitz, and David A. Soboslay*

## **CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents

| | |
|---|---|
| Submitted by: | Jordan P. Shuber, Esquire |
| Signature: | /s/ Jordan P. Shuber |
| Name: | Jordan P. Shuber, Esquire |
| Attorney No.: *(if applicable)* | 317823 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Notice of Filing of Notice of Removal** has been served upon all other parties at the address below this 18th day of July, 2022, via email:

Louis J. Kroeck, IV, Esquire
LJK LAW, PLLC
1200 Sarah Street
Pittsburgh, PA 15203
lou@ljk-law.com

/s/ Jordan P. Shuber
Jordan P. Shuber