IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL A. LAMIA, <br><br> Plaintiff, <br><br> vs. <br><br> THE BOROUGH OF PLUM t/d/b/a Borough of Plum, Plum Boro, Plum Borough, ZONING HEARING BOARD OF PLUM BORO, KEVIN FIELDS, Zoning Officer and/or Designated Representative, and DAVID A. SOBOSLAY, Assistant Manager of Plum, in their Individual and/or Official Capacities, <br><br> Defendants. | No. 2:22-cv-01035-RJC <br><br> Judge Robert J. Colville |

**HEARING MEMO/MINUTE ENTRY**

**Hearing Date:** November 7, 2024
**Time:** 9:33 a.m. – 9:42 a.m.
**Type of Conference:** Telephonic Post-Discovery Status Conference
**Reporter:** none
**Deputy Clerk/Law Clerk:** Shannon_Armstrong@pawd.uscourts.gov

| **Counsel For Plaintiff** | **Counsel For Defendants** |
|---|---|
| Louis Kroeck | Jordan Shuber |

**Orders, Remarks, Instructions**

- The Court discussed the use of experts; the parties' interest in continued settlement; and dispositive motion deadlines. The parties anticipate setting deadlines for expert discovery, if necessary, following the disposition of dispositive motions. All dispositive motions are due on or before January 31, 2025. Responses to dispositive motions are due on or before February 28, 2025. Reply briefs are due on or before March 14, 2025.