**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MICHAEL A. LAMIA, | ) |
| | )   No. 2:22-cv-01035-RJC |
| Plaintiff, | ) |
| | ) |
| v. | )   Judge Robert J. Colville |
| | ) |
| THE BOROUGH OF PLUM, t/d/b/a Borough | ) |
| of Plum, Plum Boro, Plum Borough; | ) |
| ZONING HEARING BOARD OF PLUM | ) |
| BORO; KEVIN FIELDS, Zoning Officer | ) |
| and/or Designated Representative of Plum | ) |
| Boro; DAVID SOBOSLAY, Assistant | ) |
| Manager of Plum, in their Individual and/or | ) |
| Official Capacities, | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER OF COURT</u>**

AND NOW, this 31st day of March, 2026, upon consideration of the Motion for Summary Judgment (ECF No. 70) filed by Defendants, the Borough of Plum, Zoning Hearing Board of Plum Boro, Kevin Fields, and David Sobsolay, and the Motion for Summary Judgment (ECF No. 74) filed by Plaintiff, Michael Lamia, and for the reasons set forth in this Court's Memorandum Opinion of the same date, it is hereby ORDERED that:

1) Plaintiff's Motion for Summary Judgment is denied.

2) Defendants' Motion for Summary Judgment is denied, in part, and granted, in part. Specifically, Defendants' Motion is granted as to Count II.

3) A telephonic status conference is scheduled for May 19, 2026 at 10:00 a.m.

BY THE COURT:

*/s/Robert J. Colville*
Robert J. Colville
United States District Judge

cc: All counsel of record